IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN REID-DOUGLAS; THOMAS SCOTT; DALIYL MUHAMMAD,<br>    Plaintiffs,<br><br>vs.<br><br>JOHN WETZEL *Secretary of Corrections of the Pennsylvania Department of Corrections*; JAMES BARNACLE *Director of the Office of Special Investigation and Intelligence*; DAVID PITKINS *Deputy Secretary of the Western Region of Pennsylvania's Department of Corrections*; ERIN BROWN *Chief of Background Investigations of the Pennsylvania Department of Corrections*; JOANNE TORMA *Director of the Office of Population Management of the PA DOC*; VICTOR MIRARCHI *Chief of Security within DOC*; DIANA WOODSIDE *Director of Policy and grants for the PA DOC*; SHAWN KEPHART *Director of the Bureau of Treatment Services of the PA DOC*; ROBIN LEWIS *Deputy Chief Counsel for Hearings and Appeals of the PA DOC*; LORRINDA WINFIELD *Deputy Superintendent for Facilities Management At SCI Greene*; CAPT TANNER *Security Captain*; WALLACE LEGGETT *Major of Unit Management at SCI Greene*; CRAIG HAYWOOD *Major of Unit Management at SCI Greene*; Officer LECHNER; SCI-GREENE SECURITY DEPARTMENT; LOUIS FOLINO *Superintendent of SCI Greene*; G. BAKER; CO T. JOHNSON; COL RAMBLER; COL. HARKLEROAD; C.O. COY,<br>    Defendants. | Civil Action No. 15-533<br>Judge Nora Barry Fischer/<br>Chief Magistrate Judge Maureen P. Kelly<br><br><br><br><br><br>Re: ECF Nos 37, 41, 46 and 52 |

# **O R D E R**

AND NOW, this 22nd day of June, 2015, after Plaintiffs Steven Reid-Douglas, Thomas Scott and Daliyl Muhammad filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until June 15, 2015 to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss, ECF No. 41, is granted.

IT IS FURTHER ORDERED that Plaintiff Daliyl Muhammad's Motion to Vacate Order, ECF No. 37, and Plaintiff Steven Reid-Douglas's Motions for an Order Enjoining Defendants to Allow Co-Plaintiff Scott to Visit Plaintiff Reid-Douglas at SCI-Greene for the Purpose of this Litigation, ECF Nos. 46 and 52, are denied as moot.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

/s/ Judge Nora Barry Fischer
United States District Judge

cc:     Honorable Maureen P. Kelly
        Chief United States Magistrate Judge

        Steven Reid-Douglas
        JH-8196
        SCI Greene
        175 Progress Drive
        Waynesburg, PA 15370

        Thomas Scott
        KD-9349
        SCI Greene
        175 Progress Drive
        Waynesburg, PA 15370

        Daliyl Muhammad
        GB-0883
        SCI Fayette
        Special Mail-Open Only in Presence of Inmate
        P.O. Box 999
        LaBelle, PA 15450-0999

        All Counsel of Record Via CM-ECF